IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3076 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| FERNANDO G. MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |

    At the time of the initial appearance, the defendant was advised of his right to a trial. The defendant was further advised that under the Speedy Trial Act, his trial should be scheduled to begin on November 7, 2011, but this trial setting would conflict with another trial already pending before Judge Kopf. The defendant was advised that if the trial was not delayed, alternative trial options would need to be considered. After he conferred privately with counsel, the defendant agreed to a later trial setting and waived his right to demand a trial of his case within seventy days of his initial appearance. Accordingly,

    IT IS ORDERED that the ends of justice served by continuing defendant's trial outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the time between November 7, 2011 and November 28, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

    DATED this 29th day of August, 2011.

                                                                             BY THE COURT:

                                                                            *s/ Cheryl R. Zwart*
                                                                            United States Magistrate Judge