IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3076 |
| V. | ) | |
| FERNANDO G. MUNOZ, | ) | ORDER |
| Defendant. | ) | |

I reject the Probation Officer's retroactive sentencing worksheet as being incorrect. The defendant is entitled to a reduction in his sentence from 70 months to 60 months. Accordingly,

IT IS ORDERED that filing 54 is rejected as being incorrect. The second page of the AO 247 form is unnecessary and will not be used in this case.

DATED this 22nd day of May, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge